# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## DOCKET NO.: 3:08-mj-188-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| BRYON CEDENO, ) | |
|     Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss Without Prejudice" (Document No. 18) filed December 2, 2008 by Assistant United States Attorney Steven R. Kaufman. After careful review of the Motion and for good cause shown, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Dismiss Without Prejudice" (Document No. 18) is **GRANTED**.

Signed: December 4, 2008

David C. Keesler
United States Magistrate Judge